**Denied and Opinion Filed May 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00572-CV

## IN RE GREYHOUND LINES, INC. AND DWAYNE GARRETT, Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05789-C**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Lang

Relators filed this original proceeding requesting that the Court order the trial court to vacate its April 27, 2015 order requiring relator Dwayne Garrett to submit to a sleep study. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that the relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have failed to establish a right to the relief requested.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150572F.P05